No. 4071.—MENDÍA MORALES, aplte., v. ARZUAGA ET AL., apdos.—C. D. San Juan. Rendición de cuentas y otros extremos. Nov. 15, 1926.

POR CUANTO a moción de los apelados se ha solicitado la desestimación de las apelaciones interpuestas por el apelante contra las órdenes de agosto 2, 1926, denegando un *injunction* preliminar, y de septiembre 7, 1926, que se refiere al nombramiento de Enrique Adsuar como síndico de Sobrinos de Ezquiaga, S. en C.

POR CUANTO es cierto que de una orden nombrando un síndico no cabe apelación según la constante y repetida jurisprudencia de este Tribunal Supremo;

POR CUANTO aunque el apelante haya apelado de una y otra orden en un mismo escrito, ello no implica necesariamente que la indebida apelación sobre la orden nombrando síndico afecte la apelación en cuanto a la orden negando el *injunction* preliminar, cuya orden de acuerdo con el estatuto es apelable;

POR TANTO, se declara con lugar la moción de los apelados desestimándose el recurso interpuesto contra la orden de septiembre 7, 1926, y se declara sin lugar respecto a la orden de agosto 2, 1926, quedando en pie en este particular el escrito de apelación.